```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


CHADERICK A. INGRAM,
                                        NO. CIV. S-08-2490 FCD DAD PS
          Plaintiff,

     v.                                 ORDER OF NON-RELATED CASES

GRANT JOINT UNION HIGH
SCHOOL DISTRICT, et. al.,

          Defendants .
_____/
CHADERICK A. INGRAM,

                                        NO. CIV. S-08-2547 LKK EFB PS
          Plaintiff,

     v.

SACRAMENTO POLICE
DEPARTMENT, et. al.,

          Defendants.
_____/
CHADERICK A. INGRAM,
                                        NO. CIV. S-08-2546 GEB DAD PS
          Plaintiff,

     v.

SACRAMENTO POLICE
DEPARTMENT, et. al.,

          Defendants.
_____/
```

```
 1  CHADERICK A. INGRAM,
                                          NO. CIV. S-08-2545 LKK DAD PS
 2          Plaintiff,

 3      v.

 4  SACRAMENTO POLICE
    DEPARTMENT, et. al.,
 5
            Defendants.
 6  _____/

 7

 8      The undersigned judge declines to relate the above-captioned
 9  cases pursuant to Local Rule 83-123(a).  Assignment of the
10  matters to the same judge is not likely to effect a substantial
11  savings of judicial effort or other economies.  Both actions
12  involve the same or similar defendants, but the actions involve
13  events specific to each party, the questions of fact are
14  different, the questions of law are not novel, it is not clear
15  that the same result should follow in both actions, and
16  assignment to different judges would not entail substantial
17  duplication of labor.
18      Therefore, CIV.S-08-2547 LKK EFB PS, CIV.S-08-2546 GEB DAD
19  PS, and CIV.S-8-2545 LKK DAD PS, shall not be reassigned to the
20  undersigned judge.
21      IT IS SO ORDERED.
22  DATED: October 29, 2008
23
                                 _____
24                               FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE
25
26
27
28
```

2