IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

    Plaintiff,

vs.

GRANT JOINT UNION HIGH SCHOOL DISTRICT, POLICE SERVICES DIVISION, et al.,

    Defendants.

_____/

No. CIV S-08-2490 FCD DAD PS

ORDER

    Plaintiff has filed an amended complaint.  Under Federal Rule of Civil Procedure 15(a), a plaintiff may amend his pleading once as a matter of course before being served with a responsive pleading.  The defendants in this case have filed a motion to dismiss but have not served a responsive pleading.[1]  Plaintiff's amended complaint has superseded his original pleading, and defendants' motion is moot.  Defendants will be granted ten days to respond to the amended complaint with a new motion, if appropriate, or a responsive pleading.

---

[1] Motions to dismiss and motions for summary judgment are not responsive pleadings for purposes of Rule 15(a).  See U.S. ex rel. Saaf v. Lehman Bros., 123 F.3d 1307, 1308 (9th Cir. 1997); Doe v. United States, 58 F.3d 494, 496-97 (9th Cir. 1995); Schreiber Distrib. Co. v. Serv-Well Furniture Co., 806 F.2d 1393, 1401 (9th Cir. 1986); Kirk v. United States, 232 F.2d 763, 770 (9th Cir. 1956).

1

Plaintiff's amended complaint was accompanied by an application for waiver of court fees and costs. The required filing fees were paid by defendants when they removed this case from state court, and there are no additional fees or costs to be paid in the district court at this time. Accordingly, plaintiff's application for waiver of court fees and costs will be denied as unnecessary.

Plaintiff is advised that documents submitted for filing in this case must be captioned for filing in the United States District Court for the Eastern District of California and must bear the case number assigned to the case in this court. Plaintiff is cautioned against using forms created for use in state courts, as such forms may cite inapplicable authorities and may not meet federal standards.

IT IS ORDERED that:

1. Defendants' October 23, 2008 amended motion to dismiss (Doc. No. 11) is denied as moot, and the motion is dropped from the court's December 12, 2008 calendar;

2. Defendants shall respond to plaintiff's amended complaint within 10 days after service of this order; and

3. Plaintiff's October 31, 2008 application for waiver of court fees and costs (Doc. No. 15) is denied without prejudice.

DATED: November 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ingram2490.mtd.moot

2