IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

        Plaintiff,

        v.

GRANT JOINT UNION HIGH
SCHOOL DISTRICT, et al.,

        Defendants.
_____/

No. CIV S-08-2490 FCD DAD PS

ORDER

This matter came before the court on January 16, 2009 for hearing of defendants' November 19, 2008 motions to dismiss plaintiff's first amended complaint and strike portions of the complaint. Plaintiff Chaderick A. Ingram, proceeding pro se, appeared on his own behalf. Jason M. Sherman, Esq. appeared telephonically for the defendants.

Plaintiff made an oral request for an extension of time to seek counsel and to oppose defendants' motions. In the interests of justice, plaintiff's request was granted and the hearing was continued to March 6, 2009, as set forth more fully below.

IT IS ORDERED that:

1. The hearing of defendants' November 19, 2008 motions to dismiss (Doc. No. 17) and to strike (Doc. No. 19) are continued to **March 6, 2009, at 10:00 a.m.** in Courtroom 27 before the undersigned. Any party may appear at the hearing telephonically. To arrange

telephonic appearance, the party shall contact Pete Buzo, at (916) 930-4128, no later than 4:00 p.m. on March 4, 2009.

    2. Plaintiff's opposition or statement of non-opposition to both motions shall be filed on or before February 20, 2009. Plaintiff's opposition or statement of non-opposition shall be served on defendants' counsel by mail, and proof of such service shall be attached to the opposition or statement of non-opposition filed with the court.

    3. Defendants' reply to any opposition filed by plaintiff shall be filed and served on or before February 27, 2009.

DATED: January 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\ingram2490.oah.cont