1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHADERICK A. INGRAM,

11              Plaintiff,                    No. CIV S-08-2490 FCD DAD PS

12       vs.

13   GRANT JOINT UNION HIGH
     SCHOOL DISTRICT, et al.,                 ORDER
14
                Defendants.
15   _____/

16              Plaintiff has filed unnecessary or improper documents, all of which will be

17   disregarded or denied pursuant to this order.

18              IT IS ORDERED that:

19              1.  Plaintiff's request for admission (Doc. No. 30) will be disregarded because the

20   document has been filed in violation of Local Rule 36-250(c);

21              2.  Plaintiff's request for summary judgment (Doc. No. 31) is denied without

22   prejudice because the filing does not comply with Fed. R. Civ. P. 56 and Local Rule 56-260; and

23   /////

24   /////

25   /////

26   /////

                                                 1

3. Plaintiff's document titled "Court Decision," which has been docketed in error as an amended complaint (Doc. No. 34), will be disregarded because it has not been submitted pursuant to any rule or statute and lacks merit.

DATED: May 20, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ingram2683.disregard2