IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

    Plaintiff,                    No. CIV S-08-2490 KJM DAD PS

    vs.

GRANT JOINT UNION HIGH
SCHOOL DISTRICT, et al.,        ORDER

    Defendants.
_____/

    This case came before the court on February 11, 2011, for hearing on defendants' properly noticed motion for leave of court to file a first amended answer to plaintiff's second amended complaint. Alesa M. Schachter, Esq. appeared for defendants C. Breck and M. Scott, who are the remaining defendants in this action. No appearance was made by or on behalf of plaintiff, who is proceeding pro se in this matter, and no written opposition to the motion was filed by plaintiff.

    For the reasons set forth in open court, IT IS ORDERED that:

    1. Defendants' motion to amend pursuant to Federal Rule of Civil Procedure 15(a)(2) (Doc. No. 77) is granted, and defendants' First Amended Answer has been filed.

/////

/////

1

2. Defendants' motion to dismiss, motion for judgment on the pleadings, or other appropriate motion shall be filed on or before March 14, 2011, and shall be noticed for hearing before the undersigned in accordance with Local Rule 230.

DATED: February 11, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ingram2490.oah.021111.mta