IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADERICK A. INGRAM, | No. CIV S-08-2490 KJM DAD PS |
| Plaintiff, | |
| vs. | |
| GRANT JOINT UNION HIGH SCHOOL DISTRICT, et al., | ORDER |
| Defendants. | |
| _____/ | |

      Plaintiff is proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted for the limited purposes of consulting with plaintiff and advising him with respect to how, or whether, to proceed with this action and appearing with plaintiff on April 1, 2011 at the hearing on defendants' motion for judgment on the pleadings filed on behalf of defendants Breck and Scott scheduled at 10:00 a.m. in Courtroom 27 on that date. It is anticipated that at that time plaintiff will advise the court how he wishes to proceed in this action. Joanna R. Mendoza has been selected from the court's pro bono attorney panel to represent plaintiff and Ms. Mendoza has accepted the appointment.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Joanna R. Mendoza is appointed limited purpose counsel in the above entitled matter. This appointment is for the limited purposes identified above.

2. Joanna R. Mendoza shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

3. Unless Ms. Mendoza chooses to continue her pro bono representation of plaintiff, the limited purpose appointment will conclude after the completion of the April 1, 2011 hearing on defendants' motion for judgment on the pleadings.

4. The Clerk of the Court is directed to serve a copy of this order upon Joanna R. Mendoza, Law Offices of Joanna R. Mendoza, 5955 Granite Lake Drive, Suite # 170, Granite Bay, CA 95746 and on Assistant Federal Defender Lexi Negin.

DATED: March 25, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:prose
ingr08cv2490.31