JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorney for Plaintiff
CHADERICK A. INGRAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADERICK A. INGRAM,       ) | CASE NO. CIV S-08-2490 KJM DADPS |
| ) | |
| Plaintiff,       ) | **PLAINTIFF'S EX PARTE** |
| ) | **PETITION AND ORDER** |
| v.       ) | **FOR APPOINTMENT OF** |
| ) | **GUARDIAN AD LITEM** |
| ) | |
| GRANT JOINT UNION HIGH SCHOOL       ) | |
| DISTRICT, et al,       ) | |
| ) | |
| Defendants.       ) | |

Petitioner states as follows:

1.  Petitioner is an adult who, by order issued by United States District Court Judge Morrison C. England, Jr., dated December 23, 2010, has been found to be mentally incompetent pursuant to 18 U.S.C. §4241(d).

2.  Petitioner had initiated the above-captioned pending action in 2008, prior to the incompetency determination. The action involves claims of excessive force against the defendants resulting in a violation of petitioner's civil rights under 42 U.S.C. §1983.

3.  The change of circumstances with respect to the finding of petitioner's incompetency having recently occurred, petitioner has no previously appointed general guardian and no previous appointment of a guardian ad litem has been filed in this matter.

4.  Lawrence Pernell, petitioner's adult brother who is 38 years old and whose address is

1060 North Avenue, Sacramento, CA 95838, is a competent and responsible person, and fully competent to act as petitioner's guardian ad litem.

   5. Lawrence Pernell is willing to act as guardian ad litem for petitioner, as appears by his consent attached hereto.

   WHEREFORE, petitioner moves the court for an order appointing Lawrence Pernell as guardian ad litem of petitioner for the purpose of continuing the action against the remaining defendants on the claim hereinabove stated.

DATED: April 4, 2011       LAW OFFICES OF JOANNA R. MENDOZA, P.C.

               _____/s/_____
               JOANNA R. MENDOZA
               Attorney for Plaintiff/Petitioner
               CHADERICK A. INGRAM

### CONSENT OF NOMINEE

I, Lawrence Pernell, the nominee of the petitioner, Chaderick A. Ingram, consent to act as guardian ad litem for the petitioner in the above-captioned action.

DATED: April 4, 2011       _____/s/_____
               LAWRENCE PERNELL

### ORDER

The petition for an order appointing Lawrence Pernell as guardian ad litem for petitioner is GRANTED. IT IS SO ORDERED.

**Date: 4/6/2011**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se\
ingram2490.ord.appt.GAL

2
PLAINTIFF'S EX PARTE PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM