

**FILED**

MAY -3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  ALESA SCHACHTER (SBN 102542)
2  JASON M. SHERMAN (SBN 245190)
   JOHNSON SCHACHTER & LEWIS
3  A Professional Law Corporation
   California Plaza
4  2180 Harvard Street, Suite 560
   Sacramento, CA 95815
5  Telephone: (916) 921-5800
6  Facsimile: (916) 921-0247

7  Attorneys for Defendants OFFICER C. BRECK; OFFICER M. SCOTT

8
               IN THE UNITED STATES DISTRICT COURT
9
            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                        (Sacramento Division)
11

12  CHADERICK A. INGRAM,              ) Case No. 2:08-CV-02490 -KJM-DAD
13                                    )                   DAD
         Plaintiff                    ) STIPULATION AND [PROPOSED]
14                                    ) ORDER TO CONTINUE CASE STATUS
                                      ) CONFERENCE
15  v.                                )
                                      )
16  GRANT JOINT UNION HIGH SCHOOL     )
17  DISTRICT, POLICE SERVICE DIVISION;)
    OFFICER C. BRECK (Badge #203);    )
18  OFFICER M. SCOTT #10; DOES 1 to 50,)
                                      )
19       Defendants.                  )
20  _____)

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE STATUS CONFERENCE**

1   The Court has set a telephonic Case Status Conference for Friday, May 6, 2011 at 10:00
2   a.m., to discuss the status of the case and settlement discussions between the parties. Slight
3   delays occurred as a result of locating and appointing a guardian ad litem for Plaintiff, and
4   difficulties in contacting and coordinating with the numerous individuals associated with the
5   public entity defendants, whose input is necessary to negotiate. Those settlement discussions
6   have just recently begun in earnest.
7   The parties agree that good cause exists to continue the Case Status Conference for two
8   weeks to Friday, **May 20, 2011** at **10:00 a.m.** to provide sufficient time to continue settlement
9   discussions, and stipulate thereto.

Dated: May 3, 2011                    JOHNSON SCHACHTER & LEWIS
                                      A Professional Law Corporation


                                      /s/ Jason M. Sherman
                                      JASON M. SHERMAN


Dated: May 3, 2011                    LAW OFFICES OF JOANNA R. MENDOZA,
                                      P.C.


                                      /s/ Joanna Mendoza (as authorized on May 2, 2011)
                                      JOANNA R. MENDOZA

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE STATUS CONFERENCE**

## ORDER

The parties have stipulated hereto, and good cause appearing therefore, IT IS SO ORDERED. The Case Status Conference set for May 6, 2011 is continued to May 20, 2011 at 10:00 a.m.

Dated: 5/3/11

Dale A. Drozd
United States Magistrate Judge

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE STATUS CONFERENCE**