IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

    Plaintiff,                    No. CIV S-08-2490 KJM DAD PS

    vs.

GRANT JOINT UNION HIGH
SCHOOL DISTRICT, et al.,          ORDER

    Defendants.
_____/

        The status conference set for May 20, 2011 in this case has been dropped from the calendar at the parties' request as reflected in the Notice of Settlement filed by plaintiff on May 18, 2011. (Doc. No. 91)  In light of plaintiff's Notice of Settlement, defendants' February 16, 2011 motion for judgment on the pleadings (Doc. No. 83) is denied as moot, without prejudice to its re-filing in the event the settlement is not approved and/or if the plaintiff's request for full dismissal of this action with prejudice is not filed as contemplated by plaintiff's Notice of Settlement.

        IT IS SO ORDERED.

DATED: May 18, 2011.

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ingram2490.ord.sc.mjop

1